# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mayra PARTIDA De Herrera,<br><br>Defendant. | Case No.: **21-MJ-0414**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about February 3, 2021, within the Southern District of California, Mayra PARTIDA De Herrera did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, to wit: approximately 23.92 kilograms (52.73 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Joseph S. Cullum
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th of February 2021.

_____
HON ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 3, 2021, at approximately 10:10 AM, Mayra PARTIDA De Herrera, ("PARTIDA"), a permanent resident and citizen of Mexico, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #22. PARTIDA was the driver, sole occupant, and registered owner of a 2010 Dodge Caliber ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from PARTIDA. PARTIDA stated she was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear passenger doors of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the rear driver side door seam of the vehicle.

Further inspection of the vehicle resulted in the discovery of 2 packages located in the left passenger door, 2 packages located in the right passenger door, and 16 packages concealed in the gas tank vehicle, with a total approximate weight of 23.92 kgs (52.73 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

1

PARTIDA was placed under arrest at approximately 1:00 PM.

During a post-Miranda interview, PARTIDA denied knowledge that the narcotics were in the vehicle. PARTIDA stated that she was going to the Department of Motor Vehicles in order to register the vehicle under her name.

PARTIDA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.