# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MAYRA PARTIDA DE HERRERA,<br><br>　　　　　　　　Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

　　　The United States Attorney charges:

　　　On or about February 3, 2021, within the Southern District of California, defendant, MAYRA PARTIDA DE HERRERA, did knowingly and intentionally import a mixture and substance containing a detectable amount of Cocaine , a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　　DATED: 3/2/21　　　　　　.

　　　　　　　　　　　　　　　　　　RANDY S. GROSSMAN
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　*Paul E. Benjamin*

　　　　　　　　　　　　　　　　　　PAUL E. BENJAMIN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

PEBE:td:3/2/2021